**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Jamell MASON, a/k/a JAH, a/k/a Tremaine Mason, Defendant– Appellant.**

**No. 16-6866**

United States Court of Appeals, Fourth Circuit.

Submitted: October 18, 2016

Decided: October 21, 2016

Jamell Mason, Appellant Pro Se. Shawn Michael Adkins, Paul Thomas Camilletti, Erin K. Reisenweber, Assistant United States Attorneys, Anna Zartler Krasinski, Office of the United States Attorney, Martinsburg, West Virginia; Jarod James Douglas, David J. Perri, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Before WILKINSON, KING, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamell Mason appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2255 (2012) motion as successive and unauthorized. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Mason, Nos. 3:09–cr–00087–JPB–JES–6; 3:16–cv–00044–JPB–RWT, 2016 WL 3448619 (N.D. W. Va. June 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED